It is hereby
ORDERED that the Order set forth below is hereby signed as an order of the court to be entered by the clerk.



Signed: May 12, 2005.

_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
BURNETTA ARLENE COLES,             )    Case No. 05-00124
                                   )      (Chapter 7)
            Debtor.                )

OPINION AND ORDER DISMISSING MOTION WITHOUT PREJUDICE

The debtor has filed a Motion for Leave to File an Amended Pleading and Supply Proof of Exemption Claims (Docket Entry No. 20 filed May 5, 2005).

As to exemptions already claimed, no one has timely objected and the property claimed exempt is now exempt. 11 U.S.C. § 522(l). So there is no need to submit proof of such exemptions.

As to any exemptions not already claimed, there does not appear to be a need to amend the exemptions. This is because the trustee has already filed a report of no distribution, signifying that he will permit the case to be closed without making any distribution to creditors. If the case is closed without the trustee having withdrawn his report of no distribution, all the

property of the estate listed on the debtors schedules will be abandoned to the debtor (unless the court orders otherwise, which occurs rarely, and usually such an order is utilized only to clarify to whom possession is to be deemed given if a secured creditor was in possession on the petition date) .  See 11 U.S.C. § 554(c).  So the debtor is in no apparent need to amend her exemption claims.  In any event, by reason of Rule 1009(a), amendment of her exemptions would not require an order of the court.

    The motion is otherwise incomprehensible as to what relief the debtor is seeking.  It is thus

    ORDERED that the motion (Docket Entry No. 20) is dismissed without prejudice.

                                          [Order Signed and Dated Above]


Copies to: Debtor; Chapter 7 Trustee; Office of U.S. Trustee.